UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jaime Heredia ) <br> ) <br> Defendant(s) ) <br> ) | 08cr1115-BEN <br> CRIMINAL NO. 08mj0943 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 07971298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Fortunato Gomez-Delgado

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
               DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk