UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> JAIME HEREDIA,  <br>  aka Antonio Gonzalez,  <br>  Defendant. | Criminal Case No. 08CR1115-BEN  <br> <u>I N F O R M A T I O N</u>  <br> Title 8, U.S.C.,  <br> Secs. 1324(a)(1)(A)(ii) and  <br> (v)(II) - Transportation of  <br> Illegal Aliens and Aiding and  <br> Abetting |

The United States Attorney charges:

On or about March 25, 2008, within the Southern District of California, defendant JAIME HEREDIA, aka Antonio Gonzalez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hugo Guevara, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/10/08

KAREN P. HEWITT  
United States Attorney

CARLA J. BRESSLER  
Assistant U.S. Attorney

CJB:jam:San Diego  
4/1/08